UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH SOTO,

        Plaintiff,

vs.

Case No. 07-CV-11035
HON. GEORGE CARAM STEEH

AIRBORNE EXPRESS, INC.,
DHL WORLDWIDE EXPRESS, INC., and
ABX AIR, INC.,

        Defendants.
_____/

ORDER DENYING AS MOOT PLAINTIFF'S
"MOTIONS TO UPDATE" (# 55, # 56)

Pro se plaintiff Joseph Soto filed two "Motions to Update" on January 8, 2010, which appear to notify the court of Soto's compliance with the relevant scheduling orders. Motion to Update, Docket No. 55, also requests certain documents. Motion to Update, Docket No. 56, contains a schedule for taking the depositions of three witnesses. The "motions" do not seek relief from the court. Accordingly, the "motions" are hereby DENIED as MOOT. Plaintiff is hereby instructed to comply with the Federal Rules of Civil Procedure when filing future documents. See Brown v. Woodward, No. 95-9572, 1998 WL 211785, *1 (6th Cir. Apr. 23, 1998) (recognizing that a pro se party is not relieved of the responsibility to comply with the basic rules of court); Federal Rule of Civil Procedure 30, Deposition by Oral Examination; Federal Rule of Civil Procedure 34, Producing Documents.

        SO ORDERED.

        Dated: January 14, 2010

                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 14, 2010, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk